# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRUNSON ROBERTS**                                              **PLAINTIFF**
**ADC #127841**

**v.**                              **No: 4:20-cv-00882 JM-PSH**

**DEXTER PAYNE**                                              **DEFENDANT**

## ORDER

      The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. (Doc. No. 22).  The time for objections to be filed has passed and neither party has filed objections.  Rather, Mr. Roberts filed an Amended Motion for Preliminary Injunction (Doc. No. 23).  The amended motion does not address the issues raised in the Proposed Findings and Partial Recommendations and instead presents new allegations.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED THAT both of Roberts' requests for injunctive relief are denied because both are unrelated to his claims in this lawsuit, which are that he is not receiving mental health counseling.  As previously advised by Judge Harris, Roberts must file separate lawsuits if he intends to pursue these distinct claims.

      DATED this 5th day of January, 2021.


_____
UNITED STATES DISTRICT JUDGE