IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRUNSON ROBERTS**                                                            **PLAINTIFF**
**ADC #127841**

v.                                           No: 4:20-cv-00882 JM-PSH

**DEXTER PAYNE**                                                            **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Payne's motion to dismiss (Doc. No. 28) is granted in part and denied in part. Roberts' Eighth Amendment claims will proceed, but only on behalf of Roberts and no other inmates.

DATED this 27th day of April, 2021.

                                                                   _____
                                                            UNITED STATES DISTRICT JUDGE