# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRUNSON ROBERTS**  **PLAINTIFF**
**ADC #127841**

v.  Case No: 4:20-cv-00882 JM

**DEXTER PAYNE**  **DEFENDANT**

## ORDER

Pending is Plaintiff Brunson Roberts's motion to voluntarily dismiss this case (Doc. No. 56). The Court will not rule on the veracity of the allegations contained in Plaintiff's motion, however, the Court will accept Plaintiff's decision to withdraw his case. Accordingly, Plaintiff's motion is GRANTED. Plaintiff's complaint is dismissed without prejudice.

It is so ordered this 23rd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE