IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRUNSON ROBERTS**  **PLAINTIFF**
**ADC #127841**

v.    Case No: 4:20-cv-00882 JM

**DEXTER PAYNE**    **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 23rd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE